# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Nicola Tollett Jefferson<br>　　　　　Debtor<br><br>Toyota Motor Credit Corporation<br>　　　　　Movant<br>　　vs.<br><br>Nicola Tollett Jefferson<br>　　　　　Debtor<br><br>Frederick L. Reigle<br>　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 17-13595 SR<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection of Toyota Motor Credit Corporation to Confirmation of Chapter 13 Plan, which was filed with the Court on or about July 12, 2017 (Document No. 18).

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**/s/ Thomas I. Puleo Esquire**
　　　　　　　　　　　　　　　　　　　　Thomas I. Puleo, Esquire
　　　　　　　　　　　　　　　　　　　　Matteo S. Weiner, Esquire
　　　　　　　　　　　　　　　　　　　　Attorneys for Movant
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　215-627-1322

August 3, 2017