# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nicola T. Jefferson | : **CHAPTER 13** |
| | : **CASE NO. 17-13595 sr** |
| Nicola T. Jefferson | : **HEARING DATE: September 13, 2017** |
|      Movant | : **TIME: 10:00am** |
|   vs. | : **LOCATION: United States Bankruptcy** |
| Wells Fargo Bank, N.A. | : **Court, Courtroom #4** |
|      Respondent | : |

## O R D E R

AND NOW, this _____ day of _____, 2017, upon consideration of the Debtors' Motion to determine objections to confirmation of a Chapter 13 plan, and after proper service of the Notice, the filing of the Certification of No Objection, and any hearings on this matter, it is ORDERED that the objections to confirmation filed on behalf of Wells Fargo Bank are DENIED.

BY THE COURT:

_____
J.

cc:

Thomas Song, Esq.,
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza

Frederick L. Reigle, Esq. (Trustee)
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606

UNITED STATES TRUSTEE
Office of the United States Trustee
833 Chestnut St., Suite 500
Philadelphia, PA  19107