**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Nicola T. Jefferson | : **CHAPTER 13** |
|  | : **CASE NO. 17-13595 sr** |
| Nicola T. Jefferson | : **HEARING DATE: September 13, 2017** |
|       Movant | : **TIME: 10:00am** |
|   vs. | : **LOCATION: United States Bankruptcy** |
| Wells Fargo Bank, N.A. | : **Court, Courtroom #4** |
|       Respondent | : |

**CERTIFICATE OF SERVICE**

I, **ALFRED M. ABEL, ESQ.**, verify under penalty of perjury that a copy of Debtor's Motion to Overrule Objection to Debtor's Second Amended Plan was served on the following electronically and on all others requesting service on the matrix by First Class Mail, postage prepaid:

**Thomas Song, Esq.,**
**Phelan Hallinan Diamond & Jones, LLP**
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza

**UNITED STATES TRUSTEE**
Office of the United States Trustee
833 Chestnut St., Suite 500
Philadelphia, PA  19107

**Frederick L. Reigle, Esq. (Trustee)**
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606

Date: August 11, 2017

By: *Alfred Abel, Esq.*