IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nicola T. Jefferson | : CHAPTER 13 |
| | : CASE NO. 17-13595 sr |
| Nicola T. Jefferson | : HEARING DATE: September 13, 2017 |
|     Movant | : TIME: 10:00am |
| vs. | : LOCATION: United States Bankruptcy |
| Wells Fargo Bank, N.A. | : Court, Courtroom #4 |
|     Respondent | : |

**AMENDED CERTIFICATE OF SERVICE**

I, **ALFRED M. ABEL, ESQ.**, verify under penalty of perjury that a copy of Debtor's Notice of Motion to Overrule Objection to Debtor's Second Amended Plan was served on the following electronically and on all others requesting service on the matrix by First Class Mail, postage prepaid:

**Thomas Song, Esq.,**
**Phelan Hallinan Diamond & Jones, LLP**
**1617 JFK Boulevard, Suite 1400**
**One Penn Center Plaza**

**Frederick L. Reigle, Esq. (Trustee)**
**2901 St. Lawrence Avenue**
**PO Box 4010**
**Reading, PA 19606**

UNITED STATES TRUSTEE
Office of the United States Trustee
833 Chestnut St., Suite 500
Philadelphia, PA  19107

**Date: August 10, 2017**

_

By: *Alfred Abel, Esq.*