**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Nicola T. Jefferson | **: CHAPTER 13** |
| | **: CASE NO. 17-13595 JKF** |
| Nicola T. Jefferson | **: HEARING DATE: 11/8/2017** |
| Movant | **: TIME: 9:30 am** |
| vs. | **: LOCATION: United States Bankruptcy** |
| Wells Fargo Bank, N.A. | **: Court, Courtroom # 3** |
| Respondent | **:** |

**CERTIFICATE OF SERVICE**

I, **ALFRED M. ABEL, ESQ.**, verify under penalty of perjury that a copy of Debtor's Answer to Motion for Relief from the Automatic Stay was served on the following electronically and on all others requesting service on the matrix by First Class Mail, postage prepaid:

**Rebecca A. Solarz, Esq.,**
KML Law Group, PC
701 Market St., Suite 5000
Philadelphia, PA 19106-1532

**Frederick L. Reigle, Esq. (Trustee)**
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606

UNITED STATES TRUSTEE
Office of the United States Trustee
833 Chestnut St., Suite 500
Philadelphia, PA  19107

**Date: October 31, 2017**

_

By: *Alfred Abel, Esq.*