IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nicola T. Jefferson | : CHAPTER 13 |
| | : CASE NO. 17-13595 |
| | : HEARING DATE: N/A |
| | : TIME: N/A |
| | : LOCATION: United States Bankruptcy |
| | : Court, Courtroom #4 |
| | : |

### CERTIFICATE OF SERVICE LOCAL UNDER RULE 1009-1

I, **ALFRED M. ABEL, ESQ.**, verify under penalty of perjury that a copy of Debtor's Fifth Amended Chapter 13 Plan was served electronically or by First Class Mail, postage prepaid to the following addressees on the Clerk's service list:

**Date: December 18, 2017**

By: *Alfred Abel, Esq.*

**SERVICE LIST**

**Thomas Song, Esq.UNITED STATES TRUSTEE
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103**

**Office of the United States Trustee833
Chestnut St., Suite 500
833 Chestnut St., Suite 500
Philadelphia, PA  19107**

**Frederick L. Reigle
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
P.O. Box 4010
Reading, PA 19606**

**Toyota Motor Credit Corporation
By: THOMAS I. PULEO
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
tpuleo@kmllawgroup.com**

**Wells Fargo Bank, N.A.
By: JEROME B. BLANK
Phelan Hallinan & Schmieg LLP
1617 JFK Boulevard
Philadelphia, PA 19103
paeb@fedphe.com**