IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Nicola T. Jefferson | : | CASE NO. 17-13595-jkf |
| 9103 A Ayrdale Crescent | : | Chapter 13 |
| Philadelphia, PA 19128 | : | HEARING DATE: _____ |
| | : | TIME: _____ |
| | : | COURTROOM # |

### ORDER

AND NOW, this _____ day of _____, 2017, it is ORDERED and DECREED that Counsel's Application for attorney's fees in the amount of $11,372.00 and reimbursable expenses in the amount of $422.00 is granted, and,

FURTHER ORDERD, that $8,372.00 in attorney's fees plus $0 in expenses, for a total of $ 8,372.00, is approved to be paid through the plan as attorney's fees and reimbursement of costs for debtor's counsel.

**Date: February 1, 2018**

_____, J.
U.S. BANKRUPTCY JUDGE