United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-13595-jkf
Nicola Tollett Jefferson                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey           Page 1 of 1            Date Rcvd: Feb 01, 2018
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2018.
db            #Nicola Tollett Jefferson,    9103 Ayrdale Cres,    Apt A,    Philadelphia, PA   19128-1050

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2018 at the address(es) listed below:
              ALFRED  ABEL   on behalf of Debtor Nicola Tollett Jefferson aa.law@alfredabellaw.com,
               G22350@notify.cincompass.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG   on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | | |
|---|---|---|---|
| IN RE: | Nicola T. Jefferson | : | CASE NO. 17-13595-jkf |
| | 9103 A Ayrdale Crescent | : | Chapter 13 |
| | Philadelphia, PA 19128 | : | HEARING DATE: _____ |
| | | : | TIME: _____ |
| | | : | COURTROOM # |

_____   _____

**ORDER**

AND NOW, this _____ day of _____, 2017, it is ORDERED and DECREED that Counsel's Application for attorney's fees in the amount of $11,372.00 and reimbursable expenses in the amount of $422.00 is granted, and,

FURTHER ORDERD, that $8,372.00 in attorney's fees plus $0 in expenses, for a total of $ 8,372.00, is approved to be paid through the plan as attorney's fees and reimbursement of costs for debtor's counsel.

**Date: February 1, 2018**

_____, J.
U.S. BANKRUPTCY JUDGE