| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 17-13595-AMC

NICOLA TOLLETT JEFFERSON
9103 AYRDALE CRES
APT A
PHILADELPHIA  PA     19128-1050

Petition Filed Date: 05/23/2017
341 Hearing Date: 07/28/2017
Confirmation Date: 01/04/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $474.00 | | 03/06/2019 | $474.00 | | 03/20/2019 | $474.00 | |
| 05/01/2019 | $474.00 | | 06/20/2019 | $474.00 | | 07/22/2019 | $948.00 | |
| 08/21/2019 | $474.00 | | 10/07/2019 | $474.00 | | 11/06/2019 | $474.00 | |
| 12/09/2019 | $474.00 | | 01/07/2020 | $474.00 | | 02/06/2020 | $474.00 | |
| 03/09/2020 | $474.00 | | 04/22/2020 | $474.00 | | 05/22/2020 | $474.00 | |
| 06/22/2020 | $474.00 | | 07/22/2020 | $474.00 | | | | |

**Total Receipts for the Period: $8,532.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $16,566.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 008 | Unsecured Creditors | $248.53 | $0.00 | $248.53 |
| 9 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 009 | Unsecured Creditors | $119.85 | $0.00 | $119.85 |
| 10 | BANK OF AMERICA NA<br>»» 010 | Unsecured Creditors | $41,165.24 | $0.00 | $41,165.24 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $10,295.62 | $0.00 | $10,295.62 |
| 5 | FRANKLIN MINT FEDERAL CU<br>»» 005 | Unsecured Creditors | $7,332.02 | $0.00 | $7,332.02 |
| 6 | FRANKLIN MINT FEDERAL CU<br>»» 006 | Unsecured Creditors | $334.47 | $0.00 | $334.47 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $11,426.91 | $5,195.66 | $6,231.25 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $1,449.74 | $0.00 | $1,449.74 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $778.70 | $0.00 | $778.70 |
| 12 | NAVIENT SOLUTIONS INC<br>»» 012 | Unsecured Creditors | $81,994.35 | $0.00 | $81,994.35 |
| 4 | PHILADELPHIA GAS WORKS<br>»» 004 | Unsecured Creditors | $560.21 | $0.00 | $560.21 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»» 003 | Secured Creditors | $7.85 | $0.00 | $7.85 |
| 2 | WELLS FARGO BANK NA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | ALFRED M ABEL ESQ<br>»» 013 | Attorney Fees | $8,372.00 | $8,372.00 | $0.00 |

| 14 | ALFRED M ABEL ESQ »» 014 | Attorney Fees | $1,138.50 | $1,138.50 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,566.00 | Current Monthly Payment: | $474.00 |
| Paid to Claims: | $14,706.16 | Arrearages: | $474.00 |
| Paid to Trustee: | $1,433.24 | Total Plan Base: | $27,468.00 |
| Funds on Hand: | $426.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.