| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br>Nicola Tollett Jefferson | Case Number:<br>2:2017-bk-13595 | |
| Name of Creditor:<br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| 1. Account Number: **0225** UCID: **WFCMGF1713595PAE16720225** | | ___ Check this box if the account number has changed. |
| 2. Court Claim Number: **2** | | |
| 3. Signature:<br><br>Check the appropriate box.<br>   **X** I am the creditor.<br>   I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>   I am the trustee, or the debtor.<br>   I am a guarantor, surety, endorser, or other codebtor.<br><br>By: /s/ Karen Sue Branas          Date: 01/18/2022<br>     VP Loan Documentation | | |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  CASE NO.: 17-13595

**Nicola Tollett Jefferson**  CHAPTER: 13

**Debtor(s).**

_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on or before January 19, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*  *By U.S. Postal Service First Class Mail Postage Prepaid:*

Nicola Tollett Jefferson
9103 Ayrdale Cres
Apt A
Philadelphia, PA 19128-1050

*Debtor's Attorney:*  *By CM / ECF Filing:*

ALFRED ABEL
Alfred Abel Law Offices
P.O. Box 688
Abington, PA 19001

*Trustee:*  *By CM / ECF Filing:*

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)