United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Nicola Tollett Jefferson  
    Debtor

Case No. 17-13595-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 3  
Date Rcvd: Apr 26, 2022          Form ID: 138OBJ          Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Nicola Tollett Jefferson, 9103 Ayrdale Cres, Apt A, Philadelphia, PA 19128-1050 |
| 13922615 | | Alfred Abel, Esq, 600 W Germantown Pike Ste 400, Plymouth Meeting, PA 19462-1046 |
| 13922618 | | Bank of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 13971349 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13922619 | | Bk of Amer, PO Box 982238, El Paso, TX 79998-2238 |
| 13922628 | | Erica E. Tollett, 2645 NW 42nd Pl, Gainesville, FL 32605-1603 |
| 13922631 | | Law Offices of Frederic I. Weinberg, 375 E Elm St Ste 210, Conshohocken, PA 19428-1973 |
| 13942120 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 13940868 | + | Toyota Motor Credit Corp., c/o Matteo S. Weiner, Esq., KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 13922635 | | Valic Retirement Services Company, PO Box 15648, Amarillo, TX 79105-5648 |
| 13922636 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701-4747 |
| 14564330 | + | Wells Fargo Bank NA, c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 13930627 | | Wells Fargo Bank NA, c/o Mario J. Hanyon, Esq., Phelan Hallinan Diamond & Jones LLP, 1617 JFK Blvd., Ste. 1400, One Penn Ctr. Plaza Phila., PA 19103 |
| 14563844 | + | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 13932974 | + | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 27 2022 00:05:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 27 2022 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 27 2022 00:05:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13922617 | | Email/Text: g20956@att.com | Apr 27 2022 00:05:00 | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 13922616 | | Email/Text: bnc@alltran.com | Apr 27 2022 00:05:00 | Alltran FInancial LB, PO Box 722929, Houston, TX 77272-2929 |
| 13922618 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 27 2022 00:04:00 | Bank of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 13971349 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 27 2022 00:05:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13922619 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 27 2022 00:04:00 | Bk of Amer, PO Box 982238, El Paso, TX 79998-2238 |

Case 17-13595-amc   Doc 98   Filed 04/28/22   Entered 04/29/22 00:33:41   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2022 | Form ID: 138OBJ | Total Noticed: 41 |

| Recipient ID | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|
| 13922623 | Email/PDF: creditonebknotifications@resurgent.com | Apr 27 2022 00:13:10 | Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 13922622 | Email/PDF: creditonebknotifications@resurgent.com | Apr 27 2022 00:13:10 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 13922625 | Email/PDF: pa_dc_ed@navient.com | Apr 27 2022 00:13:15 | Dept of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 13922624 | Email/PDF: pa_dc_ed@navient.com | Apr 27 2022 00:13:08 | Dept of Ed/Navient, Attn: Claims Dept, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 13922630 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 27 2022 00:05:00 | Dept. of the Treasury, Internal Revenue Service, PO Box 7346, Phila., PA 19101-7346 |
| 13927627 | Email/Text: mrdiscen@discover.com | Apr 27 2022 00:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13922626 | Email/Text: mrdiscen@discover.com | Apr 27 2022 00:04:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 13922627 | Email/Text: mrdiscen@discover.com | Apr 27 2022 00:04:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 13945211 | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Apr 27 2022 00:04:00 | Franklin Mint FCU, 5 Hillman Dr., Ste. 100, Chadds Ford, PA 19317 |
| 13922629 | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Apr 27 2022 00:04:00 | Franklin Mint Fcu Il, 1974 Sproul Rd Ste 300, Broomall, PA 19008-3402 |
| 13922620 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2022 00:13:08 | Chase Card, Attn: Correspondence, PO Box 15298, Wilmington, DE 19850-5298 |
| 13922621 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2022 00:13:16 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 13984356 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2022 00:13:10 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13987471 | Email/PDF: pa_dc_ed@navient.com | Apr 27 2022 00:13:22 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13922633 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 27 2022 00:05:00 | Toyota Motor Credit Corp, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 13922632 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 27 2022 00:05:00 | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 13939845 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 27 2022 00:05:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13922634 | + Email/Text: bankruptcydepartment@tsico.com | Apr 27 2022 00:05:00 | Transworld Systems, Inc., 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |
| 13970672 | Email/PDF: ebn_ais@aisinfo.com | Apr 27 2022 00:13:16 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13970802 | + Email/PDF: ebn_ais@aisinfo.com | Apr 27 2022 00:13:11 | Verizon by American InfoSource LP, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 13922637 | Email/Text: BKRMailOps@weltman.com | Apr 27 2022 00:05:00 | Weltman Weinberg & Reis Co., 325 Chestnut St Ste 501, Philadelphia, PA 19106-2605 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2022 | Form ID: 138OBJ | Total Noticed: 41 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFRED ABEL | on behalf of Debtor Nicola Tollett Jefferson aa.law@alfredabellaw.com G22350@notify.cincompass.com |
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor Wells Fargo Bank  N.A. tomysong0@gmail.com |
| THOMAS I. PULEO | on behalf of Creditor Toyota Motor Credit Corporation tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Nicola Tollett Jefferson
    Debtor(s)

Case No: 17−13595−amc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/26/22